HANSON BRIDGETT LLP
MARGARET A. ZIEMIANEK (SBN 233418)
mziemianek@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94015
Telephone:    (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant
Jalapeños Mexican Food Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>        Plaintiff,<br><br>    v.<br><br>Jalapeños Mexican Food Inc., LFPL, LLC; and Does 1 to 50 inclusive,<br><br>        Defendant. | Case No. 2:25-cv-01281-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT JALAPEÑOS MEXICAN FOOD, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Action Filed:  May 5, 2025<br>Judge:          Hon. Carolyn K. Delaney |

Pursuant to Local Rule 144(a), it is stipulated between and among Defendant Jalapeños Mexican Food Inc. ("Defendant") and Plaintiff Oscar Ramos ("Plaintiff") (together, the "Parties") by their respective counsel, as follows:

WHEREAS, Plaintiff filed the Complaint on May 5, 2025;

WHEREAS, the Summons and Complaint were served on Defendant on May 5, 2025;

WHEREAS, the Parties previously stipulated to extend Defendant's deadline to file a responsive pleading to June 24, 2025, pursuant to Local Rule 144(a);

WHEREAS, the Parties are engaged in settlement negotiations and therefore jointly request a further thirty (30) day extension of Defendant's deadline to file a responsive pleading to July 24, 2025, pursuant to Local Rule 144(a).

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to the Court's approval, that Defendant's deadline to file a responsive pleading to the Complaint shall be extended to July 24, 2025.

IT IS SO STIPULATED.

DATED:  June 24, 2025                    HANSON BRIDGETT LLP


                                        By: _____
                                              MARGARET A. ZIEMIANEK
                                              Attorneys for Defendant
                                              Jalapeños Mexican Food Inc.


DATED:  June 24, 2025                    LAW OFFICES OF RICHARD MAC BRIDE


                                        By:
                                              /s/ Richard Mac Bride (as authorized on 6/24/25)
                                              Richard Mac Bride
                                              Attorneys for Plaintiff
                                              Oscar Ramos

## [PROPOSED] ORDER

Pursuant to the stipulation of Plaintiff Oscar Ramos and Defendant Jalapeños Mexican Food Inc., Defendant Jalapeños Mexican Foods, Inc.'s deadline to file a responsive pleading to the Complaint shall be extended to July 24, 2025.

IT IS SO ORDERED.

Dated:  July 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, ramo.1281.25